1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No.  72381
ANNA M. MARTIN - State Bar No. 154279          **E-filed 10/13/05**
*amartin@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**FLYNN, ROSE & PERKINS**
CHARLES B. PERKINS - State Bar No. 126942
59 North Santa Cruz Ave., Suite Q
Los Gatos, CA 95030

Attorneys for Plaintiff
DAWN MAY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

DAWN MAY,                                  )
                                           )   **CASE NO.  C-05-02425 JF**
                Plaintiff,                 )
                                           )   **JOINT STIPULATION TO**
        vs.                                )   **CONTINUE THE OCTOBER 24, 2005**
                                           )   **CASE MANAGEMENT CONFERENCE**
UNUM LIFE INSURANCE COMPANY OF             )   **TO A DATE ON OR AFTER FEBRUARY**
AMERICA, and DOES 1 through 10, inclusive  )   **24, 2006 AND [PROPOSED] ORDER**
                                           )
                Defendant.                 )
_____    )

   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

respective attorneys of record herein, that the Case Management Conference in this matter,

currently scheduled for October 24, 2005, before the Honorable Jeremy Fogel, be continued for

one hundred twenty (120) days, until after February 24, 2006.

        Good cause exists for this continuance as the parties have agreed to a private mediation of

this matter, thereby conserving judicial resources.  This extension will provide counsel sufficient

time to schedule and complete such private mediation.

-1-

**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**              **CASE NO.  C-05-02425 JF**

1      Pursuant to local rules, this document is being electronically filed through the Court's

2  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

3  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

4  signed this document; and (3) the signed document is available for inspection upon request.

5      **SO STIPULATED.**

6                                    **FLYNN, ROSE & PERKINS**

9

10  DATED:  October 10, 2005     By:    _/s/  CHARLES B. PERKINS_____
                                   CHARLES PERKINS
                                   Attorneys for Plaintiff

11                                     DAWN MAY

12                                     **RIMAC & MARTIN, P.C.**

15

16  DATED:  October 10, 2005     By:    _/s/  ANNA M. MARTIN_____
                                   ANNA M. MARTIN

17                                   Attorneys for Defendant
                                   UNUM LIFE INSURANCE COMPANY OF
                                   AMERICA

21                                    **ORDER**

22      **IT IS HEREBY ORDERED** that the Case Management Conference be continued from

23  October 24, 2005 to _____February 24, 2006_____.  The parties shall file a Joint

24  Case Management Statement seven (14) days prior to the Conference.

25      **SO ORDERED.**

27  DATED: __10/13/05_____     /s/electronic signature authorized
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**     **CASE NO.  C-05-02425 JF**