**E-filed 10/31/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

DAWN MAY,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

No. C 05-02425 JF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Private Mediation through Mediation Masters (most likely)

Dated: 10/20/05    Charles B. Perkins
Attorney for Plaintiff

Dated: 10/10/05    Anna M. Martin
Attorney for Defendant

IT IS SO ORDERED:

Dated: 10/28/05    /s/electronic signature authorized
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADR\ALL\ADRPCM.FRM
REV. 5/00