**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

**E-filed 1/18/06**

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**FLYNN, ROSE & PERKINS**
CHARLES B. PERKINS - State Bar No. 126942
cbperk@earthlink.net
59 North Santa Cruz Ave., Suite Q
Los Gatos, CA 95030

Attorneys for Plaintiff
DAWN MAY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

| | |
|---|---|
| DAWN MAY, | CASE NO. C-05-02425 JF |
| Plaintiff, | |
| vs. | JOINT STIPULATION TO CONTINUE THE FEBRUARY 24, 2006 CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for February 24, 2006 before the Honorable Jeremy Fogel, be continued to March 24, 2006, or a date thereafter at the convenience of the Court.

Good cause exists for this continuance as the parties have agreed to a private mediation of this matter, thereby conserving judicial resources. The mediation has been scheduled for February 16, 2006. Plaintiff's counsel is scheduled for surgery on February 20, 2006. Should the

-1-

**STIPULATION AND ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**  **CASE NO. C-05-02425 JF**

1  matter not settle at mediation, this brief extension of time will provide counsel with sufficient
2  time to recuperate following surgery.
3       Pursuant to local rules, this document is being electronically filed through the Court's
4  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6  signed this document; and (3) the signed document is available for inspection upon request.
7       **SO STIPULATED.**
8                                                          **FLYNN, ROSE & PERKINS**

11
12  DATED: January 17, 2006        By:   /s/   CHARLES B. PERKINS
                                                               CHARLES PERKINS
13                                                                Attorneys for Plaintiff
                                                               DAWN MAY

15                                              **RIMAC & MARTIN, P.C.**

18  DATED: January 17, 2006        By:   /s/   ANNA M. MARTIN
                                                               ANNA M. MARTIN
                                                              Attorneys for Defendant
19                                                                UNUM LIFE INSURANCE COMPANY OF
                                                               AMERICA

22                                                               **ORDER**
23       **IT IS HEREBY ORDERED** that the Case Management Conference be continued from
24  February 24, 2005 to _____ 3/24/06 at 10:30 _____. The parties shall file a Joint
25  Case Management Statement seven (7) days prior to the Conference.
26       **SO ORDERED.**
27
28  DATED: ___1/18/06_____                                             
                                                          JUDGE OF THE UNITED STATES DISTRICT COURT
                                                          JEREMY FOGEL

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                                                **CASE NO. C-05-02425 JF**