**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

\*\*E-filed 2/21/06\*\*

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**FLYNN, ROSE & PERKINS**
CHARLES B. PERKINS - State Bar No. 126942
cbperk@earthlink.net
59 North Santa Cruz Ave., Suite Q
Los Gatos, CA 95030

Attorneys for Plaintiff
DAWN MAY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| DAWN MAY, | CASE NO. C-05-02425 JF |
| Plaintiff, | |
| vs. | JOINT STIPULATION TO CONTINUE THE MARCH 24, 2006 CASE MANAGEMENT CONFERENCE AND [P̶R̶O̶P̶O̶SED] ORDER |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for March 24, 2006 before the Honorable Jeremy Fogel, be continued to May 25, 2006, or a date thereafter at the convenience of the Court.

Good cause exists for this continuance as the parties have agreed to a private mediation of this matter for May 18, 2006, thereby conserving judicial resources. The mediation was scheduled for February 16, 2006, but the parties were not able to go forward with mediation on

-1-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                         CASE NO. C-05-02425 JF

1  that date for the following reasons.  The client representative on behalf of UNUM Life Insurance
2  Company of America was called for jury duty and was selected to serve as a juror on a criminal
3  trial, which would conflict with the February 16, 2006 mediation date.  Additionally, the parties
4  originally agreed to mediation early in the case, before discovery took place and before
5  substantial resources were expended on the litigation, to allow UNUM to review  medical
6  records to be provided by plaintiff's counsel.  Counsel for plaintiff has been providing medical
7  records to UNUM and is still in the process of gathering additional medical records for UNUM's
8  review.   The requested continuance will allow counsel for plaintiff to provide the medical
9  records that he would like UNUM to review in advance of mediation and will allow time for
10  UNUM to in fact review the medical records before mediation.
11      Moreover, plaintiff's counsel is undergoing hip replacement surgery on February 20,
12  2006.  The mediation has been set in May to allow plaintiff's counsel ample time to recuperate
13  from his surgery.
14      Pursuant to local rules, this document is being electronically filed through the Court's
15  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
16  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
17  signed this document; and (3) the signed document is available for inspection upon request.

19      **SO STIPULATED.**
20              **FLYNN, ROSE & PERKINS**

23  DATED: February 14, 2006        By:      /s/   CHARLES B. PERKINS
24                                           CHARLES PERKINS
                                             Attorneys for Plaintiff
25                                           DAWN MAY

-2-
STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                              CASE NO.  C-05-02425 JF

**RIMAC & MARTIN, P.C.**

DATED: February 15, 2006      By:     /s/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from March 24, 2006 to May 26, 2006. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: 2/21/06

JUDGE OF THE UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL

-3-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                                CASE NO. C-05-02425 JF